LILLY SPEIER, Appellant, v. F. W. WOOLWORTH Co., Respondent.— In an action for damages for personal injuries sustained from a fall near the lunch counter in defendant's store, plaintiff appeals from an order which set aside a verdict in her favor and directed a new trial on the ground that the verdict was against the weight of the evidence and contrary to law. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.